Joseph M. Marchini  #082427
Christopher D. Bell  #247082
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Kevin Brosch
DTB ASSOCIATES, LLP
901 New York Ave., NW, Third Floor
Washington, DC 20001-4413
(202) 661-7097
kbrosch@dtbassociates.com

Attorneys for Plaintiff, NATIONAL MILK PRODUCERS FEDERATION, dba COOPERATIVES WORKING TOGETHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MILK PRODUCERS FEDERATION, dba COOPERATIVES WORKING TOGETHER,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO COELHO and CATHLEEN COELHO, dba FRANCISCO COELHO DAIRY, A.L. GILBERT COMPANY, JOSEPH SILVA dba JOE SILVA HAY SALES, MAURY MCKNIGHT, VALENTINO ROCHA, and UNITED STATES INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No.: 1:09-cv-00585-LJO-SMS<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO DEPOSIT FUNDS IN THE REGISTRY OF THE COURT**<br><br>**[FRCP 67; LOCAL RULE 67-150]** |

///

///

///

///

///

///

1

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO DEPOSIT FUNDS
IN THE REGISTRY OF THE COURT

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 67(a), and Local Rule of Court 67-150, and finding that Plaintiff NATIONAL MILK PRODUCERS FEDERATION, dba COOPERATIVES WORKING TOGETHER's ("Plaintiff") action is one for interpleader brought under FRCP Rule 22, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Clerk of this Court accept and deposit a check from Plaintiff in the amount of $285,241.60. This fund is to be held pursuant to further order of this Court.

DATED: 4/10/2009 /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

DMS: 723217_1.doc

PDF created with pdfFactory trial version www.pdffactory.com