UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MILK PRODUCERS FEDERATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANCISCO COELHO, et al.,<br><br>  Defendants.<br>_____ /<br>AND RELATED CROSS-CLAIMS<br>_____ / | CASE NO. CV F 09-0585 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

The parties have filed a Notice of Settlement indicating that they have settled this matter. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than October 21, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

The Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   September 30, 2009**                        /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE