1  Frederick W. Smith, Jr. (SBN 104913)
   Andrea Sessions (SBN 241224)
2  LAW OFFICES OF FREDERICK W. SMITH, JR.
   1455 East G Street, Suite B
3  P. O. Box 11690
   Oakdale, CA 95361
4  Tel (209) 847-3200
   Fax (209)847-7083

5  Attorneys for Defendant/Counterclaim Plaintiff,
   A.L. GILBERT COMPANY

FILED
OCT 02 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MILK PRODUCERS FEDERATION, dba COOPERATIVES WORKING TOGETHER, | Case No.: 1:09-CV-00585 |
| Plaintiff, | **STIPULATED JUDGMENT** |
| v. | |
| FRANCISCO COELHO and CATHLEEN COELHO, et al., | |
| Defendants. | |
| A.L. GILBERT COMPANY, | |
| Counterclaim Plaintiff, | |
| vs. | |
| FRANCISCO COELHO and CATHLEEN COELHO, et al.,dba FRANCISCO COELHO DAIRY, A.L. GILBERT COMPANY, JOSEPH SILVA dba JOE SILVA HAY SALES, MAURY MCKNIGHT, VALENTINO ROCHA, and UNITED STATES INTERNAL REVENUE SERVICE | |
| Counterclaim Defendants. | |

This Stipulation Judgment is made by and between National Milk Producers Federation, dba Cooperatives Working Together (hereinafter referred to as "CWT"), A.L. Gilbert Company (hereinafter referred to as "ALGC"), and Valentino Rocha (hereinafter referred to as

1
STIPULATED JUDGMENT

1  "Rocha"), all of whom are sometimes hereinafter referred to collectively as the "Parties."

2  **WHEREAS** on or about November 24, 2008, Francisco Coelho and Cathleen
3  Coelho, dba Francisco Coelho Dairy, submitted a bid to CWT's herd retirement program. The
4  bid was accepted by CWT and Francisco Coelho Dairy then sold their herd for slaughter to Roth
5  Enterprises.  CWT determined that Francisco Coelho Dairy was entitled to a Herd Retirement
6  Payment of $285,241.60 ("The Funds").

7  **WHEREAS** prior to payment of the Funds, CWT received communications and
8  notice of creditor and lien holder claims on the Funds as follows:

9      i)    ALGC    $ 407,300.00
10      ii)    Joseph Silva dba Joe Silva Hay Sales    $ 123,337.43
11      iii)    Maury McKnight    $  31,400.00
12      iv)    IRS tax lien    $   2,802.43
13      v)    IRS tax lien    $   8,213.59
14      vi)    Rocha    $  96,957.75

15
16  **WHEREAS** CWT filed a complaint in interpleader against ALGC, JOSEPH
17  SILVA dba JOE SILVA HAY SALES (hereinafter referred to as "SILVA"), MAURY
18  McKNIGHT, UNITED STATES INTERNAL REVENUE SERVICE and ROCHA on or about
19  March 25, 2009 in the United States District Court for the Eastern District, case no. 1:09-CV-
20  00585-LJO-SMS, and deposited the amount of $285,241.60 with the Clerk of the Court on April
21  17, 2009.

22  **WHEREAS** SILVA filed a Disclaimer of Interest on or about May 20, 2009.
23  **WHEREAS** IRS filed a Disclaimer of Interest on or about June 2, 2009.
24  **WHEREAS** Defaults were entered against Francisco Coelho and Cathleen
25  Coelho, dba Francisco Coelho Dairy on or about May 29, 2009 and against Maury McKnight on
26  or about September 14, 2009.

27  **WHEREAS** ALGC answered and claims it was owed $411,334.79 as of January
28  2009.

**WHEREAS** ROCHA answered and claims he was owed $96,957.75 and that his lien is senior to all other claimants.

**WHEREAS** the total funds available are approximately $285,241.60.

**IT IS HEREBY STIPULATED AND AGREED** between CWT, ALGC and ROCHA that judgment shall be entered in this action as follows:

1. CWT shall be discharged from any and all liability to any or all of the defendants in the above-entitled action for, or an account of, any transaction, matter, happening, or thing in any way arising out of the rights and obligations of the parties with respect to the amount of $285,241.60, and that defendants, and each of them, be and by this order are restrained from taking any proceeding or commencing any action against plaintiff, for, or on account of, any transaction, matter, happening, or thing in any way arising out of the rights and obligations of the parties with respect to such $285,241.60 on deposit with the court;

2. CWT shall receive the total sum of Thirteen Thousand Six Hundred Thirty Three and 42/100 Dollars ($13,633.42) from the deposited funds for attorney's fees and costs and shall dismiss its complaint with prejudice;

3. ROCHA shall receive the total sum of One Hundred Eight Thousand Three Hundred Forty Two and 48/100 Dollars ($108,342.48) from the deposited funds; and

4. ALGC shall receive all remaining deposited funds in the approximate sum of One Hundred Sixty Three Thousand Two Hundred Sixty Five and 70/100 Dollars ($163,265.70).

DATED: September 30, 2009.                BAKER MANOCK & JENSEN, PC

By /s/ Christopher D. Bell
Joseph M. Marchini
Christopher D. Bell
Attorneys for Plaintiff, NATIONAL MILK PRODUCERS FEDERATION, dba COOPERATIVES WORKING TOGETHER

DATED: September 29, 2009        /s/   Frederick W. Smith, Jr.
                                 Frederick W. Smith, Jr.
                                 Attorney for A.L. Gilbert Company

DATED: September 29, 2009        /s/   Michael G. Dini
                                 Michael G. Dini
                                 Attorney for Valentino Rocha

**IT IS ORDERED AND ADJUDGED:**

1. That CWT shall be discharged from any and all liability to any or all of the defendants in the above-entitled action for, or an account of, any transaction, matter, happening, or thing in any way arising out of the rights and obligations of the parties with respect to the amount of $285,241.60, and that defendants, and each of them, be and by this order are restrained from taking any proceeding or commencing any action against plaintiff, for, or on account of, any transaction, matter, happening, or thing in any way arising out of the rights and obligations of the parties with respect to such $285,241.60 on deposit with the court;

2. That the Clerk shall pay by check the sum of $13,633.42 payable to "NATIONAL MILK PRODUCERS FEDERATION, dba COOPERATIVES WORKING TOGETHER" c/o BAKER, MANOCK & JENSEN, PC.

3. That the Clerk shall pay by check the sum of $108,342.48 payable to "VALENTINO ROCHA" c/o TRIEBSCH & FRAMPTON.

4. That the Clerk shall pay all remaining funds in the approximate sum of $163,265.70 payable to "A.L. GILBERT COMPANY" c/o Law Offices of Frederick W. Smith, Jr.

DATED: Oct 2, 2009               _____
                                 HONORABLE LAWRENCE J. O'NEILL
                                 U.S. DISTRICT JUDGE

DMS: 769334_1.DOC