# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MILK PRODUCERS FEDERATION, | CASE NO. CV F 09-0585 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| FRANCISCO COELHO, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

On October 2, 2009, the parties entered into a stipulated judgment as to all claims in this action. Accordingly, the clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   October 26, 2009**             /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1